IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARGARITA LANDEROS,   No. CIV S-11-0079-LKK-CMK

  Petitioner,

  vs.   ORDER

ERIC HOLDER, et al.,

  Respondents.

_____ /

Petitioner, who is proceeding with retained counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging an order of exclusion. Petitioner has filed a notice of voluntary dismissal (Doc. 16). Because no response to the petition has been filed, leave of court is not required and the action is dismissed on petitioner's notice. See Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of the Court is directed to terminate all pending motions as moot and close this file.

IT IS SO ORDERED.

DATED: June 15, 2011

  _____
  **CRAIG M. KELLISON**
  UNITED STATES MAGISTRATE JUDGE

1